THOMAS R. BURKE (State Bar No. 141930)
    thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

ZOË N. McKINNEY (State Bar No. 312877)
    zoemckinney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs
NATIONAL PUBLIC RADIO, INC.,
and ERIC WESTERVELT

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., and ERIC WESTERVELT,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION; DISTRICT OF COLUMBIA ARMY NATIONAL GUARD; and U.S. PARK POLICE,<br><br>    Defendants. | Case No. 3:22-cv-03204-SK<br><br>**ORDER [AS MODIFIED] RE: STIPULATION AND JOINT REQUEST TO RESCHEDULE TELEPHONIC PRE-SETTLEMENT CONFERENCE** |

On January 5, 2023, the parties filed a Joint Stipulation to Reschedule the Telephonic Pre-settlement Conference in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, et seq., action (the "Stipulation"). Dkt. 27.

Having reviewed the Stipulation and finding good cause therefor, the Court hereby GRANTS the parties' request and the Telephonic Pre-settlement Conference is RESCHEDULED to  January 17 , 2023 at  9:30 a.m.  Counsel shall use the same call-in information provided to them by Judge Ryu's Courtroom Deputy via e-mail on January 3, 2023.

IT IS SO ORDERED AS MODIFIED.

DATED: January 5, 2023

_____
HON. DONNA M. RYU
United States Magistrate Judge