THOMAS R. BURKE (State Bar No. 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

ZOË N. McKINNEY (State Bar No. 312877)
zoemckinney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs
NATIONAL PUBLIC RADIO, INC.,
and ERIC WESTERVELT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | CASE NO. 3:22-cv-03204-SK<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC: May 4, 2026<br>Time: 1:30 p.m. |

The parties stipulate as follows:

1. Plaintiff filed its complaint in this action under the Freedom of Information Act ("FOIA") on June 1, 2022. *See* ECF 1.

2. The Federal Defendants answered the complaint on July 5, 2022. *See* ECF 14.

3. The Federal Bureau of Investigation and the District of Columbia Army National Guard have completed their respective document productions, and all related issues have been resolved.

4. The U.S. Park Police has finished processing over 3,693 responsive images, and produced the final set of non-exempt, responsive images in December 2024. The U.S. Park Police has also completed the production of around nine hours of video footage, which was produced on the following dates: May 2, 2025, May 31, 2025, July 1, 2025, and August 1, 2025.

5. The next case management conference ("CMC") is scheduled for July 20, 2026, at 1:30 p.m.

6. The parties are making a final effort to determine whether this matter can be resolved without further assistance by the Court. In light of those last efforts, the parties stipulate and respectfully request that the Court continue the CMC to August 17, 2026. If the parties are unable to reach a resolution by August 10, 2026, they will submit proposed briefing schedules by that date.

DATED: July 13, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Ben Wolinsky*[1]
BENJAMIN J. WOLINSKY
Assistant United States Attorney

Attorneys for Federal Defendants

DATED: July 13, 2026

DAVIS WRIGHT TREMAINE LLP

*/s/ Zoë McKinney*
ZOË N. MCKINNEY
THOMAS R. BURKE

[1] In compliance with Civil Local Rule 5-1, the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

**ORDER**

Before the Court is the parties' stipulation to continue the further case management conference scheduled for July 20, 2026. (Dkt. No. 69.) Pursuant to the parties' stipulation and for good cause shown, the Court GRANTS the stipulation. The further case management conference IS HEREBY CONTINUED to August 17, 2026 at 1:30 p.m. via Public Zoom webinar The parties' joint CMC statement, including, if necessary, proposed briefing schedules, is due August 10, 2026.

**IT IS SO ORDERED.**

DATED: July 16, 2026

HON. SALLIE KIM
United States Magistrate Judge